VALDA M. CANFIELD, Respondent, *v.* THE NEW YORK CENTRAL AND HUDSON RIVER RAILROAD COMPANY, Appellant.

(Argued June 23, 1893; decided October 3, 1893.)

APPEAL from judgment of the General Term of the Superior Court of Buffalo, entered upon an order made July 6, 1892, which affirmed a judgment in favor of plaintiff entered upon a verdict and affirmed an order denying a motion for a new trial.

*James F. Gluck* for appellant.

*John Laughlin* for respondent.

Agree to affirm; no opinion.
All concur.
Judgment affirmed. _____